JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISIDRO JIMENEZ JUAREZ, | ) 5:19-cv-00584-JC |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, judgment is hereby entered for Plaintiff.

DATED: August 28, 2019

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE